IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUSTAVO E. GARZA, ET AL., | § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:14-CV-1137-M-BN |
| M&T BANK CORPORATION, ET AL., | § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on August 20, 2014. *See* Dkt. No. 10. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiffs' lawsuit is DISMISSED WITHOUT PREJUDICE under Federal Rules of Civil Procedure 4(m) and 41(b).

**SO ORDERED** this 12th day of September, 2014.

*[signature: Barbara M. G. Lynn]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**